IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMIL GANDY, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al | : | |
| Respondents | : | NO. 09-1363 |

**ORDER**

BERLE M. SCHILLER, J.

AND NOW, this 26 day of Oct, 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, *and objections hereto* IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The petition for a writ of habeas corpus is DENIED; and
3. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Berle M. Schiller

BERLE M. SCHILLER, J.